UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL C. JONES

VERSUS                                                CIVIL ACTION

STATE OF LOUISIANA, ET AL                             NUMBER 11-553-FJP-SCR

RULING

On August 24, 2011, the petitioner was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the petitioner was ordered to either pay the filing fee or submit a pauper motion and statement of account completed by an authorized officer certifying the amount of money in the petitioner's inmate account and the monthly deposit and balance averages for the preceding six months. On September 7, 2011, the service copy of the deficiency notice was returned undelivered due to an insufficient address. On September 19, 2011, the petitioner advised the court of a change of address. On that same date, the deficiency notice was re-sent to the petitioner at his new address.

Despite notification of the need to correct the deficiencies in the pleadings, the petitioner failed to pay the filing fee or correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November ___2___, 2011.

                                      _____
                                      FRANK J. POLOZOLA
                                      UNITED STATES DISTRICT JUDGE